FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 1 - 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA        )
                                )       CR. NO.  2:06CR53-WKW
                                )       [18 U.S.C. 922(k),
          v.                    )        18 U.S.C. 922(g)(3)]
                                )
                                )
GARY EDWARD CANNON              )       **INDICTMENT**

**The Grand Jury charges:**

## COUNT 1

On or about October 14, 2004, in Crenshaw County, within the Middle District of Alabama,

the defendant,

GARY EDWARD CANNON,

knowingly possessed a firearm, namely, a Marlin, Model 60, .22 caliber rifle, which had the

importer's and manufacturer's serial number removed, obliterated, and altered, and which at any

time had been shipped and transported in interstate commerce, in violation of Title 18, United States

Code, Section 922(k).

## COUNT 2

On or about October 14, 2004, in Crenshaw County, within the Middle District of Alabama,

the defendant,

GARY EDWARD CANNON,

then being an unlawful user of a controlled substance as defined in Title 21, United States Code,

Section 802, specifically, methamphetamine, did knowingly possess in and affecting commerce, a

firearm, namely, a Marlin, Model 60, .22 caliber rifle, with its serial number removed, obliterated,

and altered, in violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL:

*Jaynne D Gilbert*

Foreperson

*Clark Morris for.*

Todd A. Brown
Assistant United States Attorney

2