**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

- [x] **INITIAL APPEARANCE**                    DATE: 2:06CR53-WKW
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**                     Digital Recording 3:46 to 4:02 pm
- [ ] **PRELIMINARY (EXAMINATION) (HEARING)**                  4:03 - 4:12 pm
- [ ] **REMOVAL HEARING (R.40)**
- [x] **ARRAIGNMENT**

PRESIDING MAG. JUDGE: Delores Boyd          DEPUTY CLERK: sql
CASE NO.: 2:06CR53-WKW                      DEFT. NAME: Gary Edward CANNON
AUSA: Brown                                 DEFT. ATTY: Walker
                                            Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (**CDO**)
PTSO: Martin
USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES  Name: _____

- [x] Date of Arrest 3-28-06 or ☐ Arrest Rule 40
- [x] Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
- [x] Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [x] Requests appointed Counsel ✓
- [x] Financial Affidavit executed ☐ to be obtained by PTSO
- [x] ORDER appointing Community Defender Organization ✓
- [ ] Panel Attorney Appointed; ☐to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
      ☐ Government's WRITTEN motion for Detention Hearing filed
- [ ] Detention Hearing ☐held; ☐ set for _____ at _____
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] ORDER OF DETENTION PENDING TRIAL entered
- [x] Release order entered. Deft advised of conditions of release
- [x] BOND EXECUTED (M/D AL charges) $ 25,000. Deft released
- [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] Bond not executed. Deft to remain in Marshal's custody
- [ ] Deft. ORDERED REMOVED to originating district
- [ ] Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
- [ ] Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [x] ARRAIGNMENT ☒HELD. Plea of NOT GUILTY entered. ☐Set for _____
      DISCOVERY DISCLOSURE DATE: 3-29-06
- [ ] NOTICE to retained Criminal Defense Attorney handed to counsel
- [ ] Identity/Removal Hearing set for _____
- [ ] Waiver of Speedy Trial Act Rights executed