COURTROOM DEPUTY'S MINUTES          DATE: 6/19/2006
MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDING: 11:15 am — 12:17 pm
                                    COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT          ☑ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NUMBER: 2:06CR53-WKW          DEFENDANT NAME: Gary Edward CANNON
AUSA: Brown                        DEFENDANT ATTORNEY: Jennifer t Hart
                                   Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                   ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✓)NO; ( )YES     Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:      ☐ Not Guilty
           ☑ Guilty as to:
               ☑ Count(s): 1
               ☑ Count(s): 2          ☐ dismissed on oral motion of USA
                                       ☑ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ CRIMINAL TERM:                 ☐ WAIVER OF SPEEDY TRIAL filed.
           DISCOVERY DISCLOSURE DATE:
☑ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:
           ☐ Trial on _____; ☑ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
           ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
                     ☐ Defendant requests time to secure new counsel