## **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                        AT MONTGOMERY, ALABAMA

DATE COMMENCED   OCTOBER 6, 2006                                AT 9:15 A.M./P.M.

DATE COMPLETED   OCTOBER 6, 2006                                AT 9:30 A.M./P.M.

| UNTIED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO.  2:06cr53-WKW |
| vs. | ) | |
| | ) | |
| GARY EDWARD CANNON | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Todd Brown | X | Atty. Donnie Bethel |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Angela Reitler | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| 9:15 a.m. | Sentencing hearing commences. Plea agreement stated for the record. Court accepts plea agreement.<br>No objections to PSR. Sentence ordered imposed as stated. Government's ORAL MOTION to dismiss Count 2 of the Indictment. Court's ORAL ORDER granting motion to dismiss Court 2 of the Indictment. |
|---|---|
| 9:30 a.m. | Hearing concluded. |