IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:06CR53 |
| | ) |
| **GARY EDWARD CANNON,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

BY:   /s/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar No. 9083-E56R

Dated: November 6, 2006

Judgment Dated October 6, 2006

Judge: W. Keith Watkins

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon **Gary Edward Cannon**, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 21128 Kennedy Lane, Andalusia, Alabama 36421, this the 6th day of November, 2006.

/s/ R. Randolph Neeley
Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
Office: (334) 223-7280
Fax: (334) 223-7201